UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CASEY AND SHEREE BRYNTENSEN, husband and wife, C.B., A minor child, and J.B., a minor child,<br><br>      Plaintiff,<br><br>      v.<br><br>CAMP AUTOMOTIVE, INC., a Washington Corporation d/b/a CAMP BMW; LITHIA MOTORS, INC., and Oregon Corporation; BMW OF NORTH AMERICA, LLC, a Delaware limited company; SCOTT GRUMBLY; MATTHEW RYDMAN; and STEVE WILSON, JOHN and JANE DOES 1-10, whose true names are unknown,<br><br>      Defendant. | Case No. 1:13-cv-00491-BLW<br><br>ORDER |

      The Court has before it two motions to seal certain documents (Dkts. 88 and 103). Plaintiffs ask the Court to seal several filings in their entirety because portions of those filings are, or may be, covered by the protective order in this case. Plaintiffs ask the Court to seal all the documents out of an abundance of caution.

      Documents filed in court must be open to the public – the Court cannot seal documents simply out of an abundance of caution. Accordingly, the Court will grant the motions in part, and deny the motions in part. The Court will order the documents subject to the protective order sealed, but the rest of the filings must remain open to the public.

**ORDER - 1**

For practical reasons, the Court will leave the already sealed documents sealed, but will require Plaintiffs to resubmit the filings with only the documents subject to the protective order sealed.

## ORDER

IT IS ORDERED:

1. Motion to Seal Docket Nos. 81, 82, 82-1, 82-2, and 82-3 (Dkt. 88) is **GRANTED in part** and **DENIED in part** as explained above.

2. Motion to Seal Second Declaration of Michael G. Schmidt in Support of Plaintiffs' Motion to Amend Complaint (Dkt. 103) is **GRANTED in part** and **DENIED in part** as explained above.

DATED: January 5, 2015

B. Lynn Winmill
Chief Judge
United States District Court